

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Lucchese Boot Co., | § | No. 08-14-00228-CV |
| Appellant, | § | Appeal from the |
| v. | § | 34th Judicial District Court |
| Arturo Licon. | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2005-7388) |
| | § | |

## O R D E R

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **January 12, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jeffrey B. Pownell, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before January 12, 2015.

IT IS SO ORDERED this 22nd day of December, 2014.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.
(Hughes, J., not participating)